# EXHIBIT A

1   CODE: 1750

**FILED**

OCT 0 2 2006

RONALD A. LONGTIN, JR., CLERK
By: _____
DEPUTY

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

WORLD BOTANICAL GARDENS,
INC., a Nevada corporation,

             Plaintiff,

vs.

WALTER WAGNER, LINDA
WAGNER, DAN PERKINS, DAVID
ADAMS, RON TOLMAN, JACQUE
TOLMAN, KIM HARRIS, DOUG
HANSEN, JIM MCBETH, DOES I
through X, and ROE ENTITIES
I through X,

             Defendants.

Case No.  CV05-02079

Dept. No.  6

### FINDINGS OF FACT, CONCLUSIONS OF LAW, ORDER OF PERMANENT INJUNCTION, AND JUDGMENT

On August 17, 18, and 21, this Court conducted a trial on the merits and a hearing on the Orders to Show Cause against Defendants Walter Wagner and Dan Perkins for violations of the Preliminary Injunction and the Permanent Injunction previously entered in this case. Robert W. Story and Robert S. Larsen of Story & Sertic appeared on behalf of Plaintiff World Botanical Gardens, Inc. ("WBGI"). Mark Robinson, Annette Emerson, Preston Michie, Ken Francik, and John Wallace testified for WBGI. Treva J. Hearne of Hager & Hearne appeared on behalf of Defendants Walter Wagner, Linda Wagner, Dan Perkins, Doug Hansen, and Dave Adams. Defendants

STORY & SERTIC
ATTORNEYS AT LAW
777 Sinclair Street, Suite 201
Reno, Nevada 89501
(775) 327-6300

1   Walter Wagner, Dan Perkins, and Doug Hansen appeared and testified

2   for Defendants.[1]

3       After considering the testimony, evidence, and arguments of

4   the parties in the trial on the merits, this Court now enters its

5   Findings of Fact, Conclusions of Law, and Judgment as follows:

6                           **FNDINGS OF FACT**

7       1. WBGI is a Nevada corporation formed on April 21, 2001, and

8   located in Honomu, Hawaii, doing business as a botanical garden.

9       2. As a Nevada corporation, WBGI is governed by a Board of

10  Directors initially formed in December 2002.

11      3. Since 2001, World Botanical Gardens, Inc., a Nevada

12  corporation, is the only entity running the business and holding

13  the assets of the botanical garden.

14      4. The entity known as the World Botanical Gardens Joint

15  Venture Partnership does not exist, owns nothing, controls nothing,

16  is not a legal entity in any state or territory in the United

17  States, and does not have any interest in WBGI.

18      5. On August 16, 2003, WBGI held its annual shareholders

19  meeting, at Honomu, Hawaii. WBGI validly elected a Board of

20  Directors, which designated newly elected Board Members Ken Francik

21  as Chairman and Annette Emerson as Secretary-Treasurer.

22      6. In the latter part of 2003, Emerson and Francik spent

23  numerous hours trying to decipher and organize WBGI's business

24  records, which had formerly been kept by Defendant Walter Wagner.

25  Emerson and Francik discovered that Defendant Walter Wagner had

26  diverted funds to his personal accounts, failed to keep proper

27

28  [1] The Court will issue a separate Order of Contempt relating to the
    Order to Show Cause hearing.

                                    2

1  financial records, and failed to pay employment taxes, failed to

2  file corporate income tax reports, failed to keep accurate records

3  of shareholders. Emerson and Francik also discovered the Internal

4  Revenue Service had placed a lien on WBGI's real property to secure

5  payment of overdue payroll taxes.

6      7. Upon discovery of Defendant Walter Wagner's malfeasance,

7  the Board of Directors began to change Defendant Walter Wagner's

8  role and limit his authority over daily affairs. On December 15,

9  2003, WBGI and Defendant Walter Wagner entered into an independent

10 contractor agreement through which Defendant Walter Wagner remained

11 the Garden Director with limited authority.

12     8. On May 15, 2004, WBGI terminated Defendant Walter Wagner's

13 independent contractor agreement for cause.

14     9. On or about September 2, 2004, the Board of Directors by

15 unanimous vote removed Defendant Walter Wagner as a member of

16 WBGI's Board of Directors and precluded him from acting in any

17 official capacity. On September 2, 2004, Francik notified Defendant

18 Walter Wagner that the Board of Directors had removed him from

19 WBGI's Board.

20     10. On September 13, 2004, eleven days after the Board of

21 Directors had removed him, Defendant Walter Wagner created a false

22 set of "bylaws" and a false "corporate resolution". His

23 unauthorized fictitious documents purportedly reinstated Defendant

24 Walter Wagner and Defendant Linda Wagner as the sole officers of

25 WBGI and were designed to place Defendants Walter Wagner and Linda

26 Wagner and their selected appointees onto WBGI's Board of

27 Directors. Shortly thereafter, Defendant Walter Wagner filed false

28 documents with the Secretary of State of the State of Nevada,

1   Department of Corporations, falsely designating Defendant Walter
2   Wagner and Defendant Linda Wagner as WBGI's officers, and placing
3   themselves back on the Board of Directors.

4       11. On September 25, 2004, the WBGI shareholders elected the
5   following Board of Directors: Ken Francik, Chairman and President;
6   Preston Michie, Vice-Chairman and General Counsel; Annette
7   Emmerson, Secretary/Treasurer; Leslie Cobos; Mark Robinson; Don
8   Miller and Gerhilde Uhl.

9       12. There has been no genuine dispute about the authority of
10  the Board of Directors of WBGI to govern and run the business.

11      13. The dispute over control of WBGI has been nothing more
12  than a relentless conspiracy and campaign by Defendant Walter
13  Wagner and the other Remaining Defendants to gain control of WBGI
14  at any cost.

15      14. Despite the results of the September 25, 2004, shareholder
16  election, Defendants Walter Wagner, Dan Perkins, Linda Wagner, Doug
17  Hansen, David Adams (collectively the "Remaining Defendants") and
18  others thereafter conspired to interfere and interfered in WBGI's
19  business affairs in the following ways:

20          a.  The Remaining Defendants created a second,
21  unauthorized board of directors, through which the Remaining
22  Defendants and others have caused confusion among the shareholders
23  of WBGI and through which the Remaining Defendants and others have
24  attempted to wrest control of WBGI from the authorized Board of
25  Directors. Defendant Doug Hansen served as the Chairman of the
26  second, unauthorized board of directors during a strategy meeting
27  held on or about July 25, 2005.

28          b.  The Remaining Defendants and others improperly and

STORY & SERTIC
ATTORNEYS AT LAW
777 Sinclair Street, Suite 201
Reno, Nevada 89501
(775) 327-6300

4

1   without authority scheduled an unauthorized annual meeting October
2   22, 2005 at 2:00 PM—the same day as the authorized annual election—
3   to ratify the sale of real property owned by WBGI, and then
4   postponed the unauthorized annual election to sometime in early
5   2006. This unauthorized annual meeting and postponement of this
6   unauthorized annual election further caused confusion among the
7   shareholders of WBGI.

8          c.   The Remaining Defendants and others published
9   newsletters which disputed the authority of the WBGI Board of
10  Directors to hold an annual election on October 22, 2005, which
11  falsely informed the shareholders that the "authorized" annual
12  election would be held in early 2006, and which falsely stated that
13  their unauthorized Board of Directors was in control of WBGI.

14       15. The Remaining Defendants and others attempted to market
15  and sell real property which belonged to WBGI.

16       16. The Remaining Defendants and others filed improper and
17  unauthorized corporate documents with the Nevada Secretary of
18  State, through which unauthorized corporate documents the Remaining
19  Defendants and others claim to be the authorized directors and
20  officers of WBGI.

21       17. The Remaining Defendants and others attempted to alter the
22  signature cards of WBGI at the Bank of Hawaii, causing the Bank of
23  Hawaii to freeze the WBGI account and to bounce WBGI checks,
24  damaging WBGI in the amount of at least $884.00.

25       18. Defendant Walter Wagner, with the advice and consent of
26  Defendant Doug Hansen, informed Network Solutions, the domain name
27  registrar and the web-host of the WBGI website, <www.wbgi.com> that
28  WBGI does not own the website and that ownership of the website is

1  in litigation, twice causing the web-host to close the WBGI

2  website. Closure of the website has caused WBGI to lose significant

3  revenue from tourism and marketing opportunities. Defendant Walter

4  Wagner and Defendant Doug Hansen caused, at a bare minimum,

5  $11,853.06 in damages to WBGI through closure of the WBGI website

6  through August 17, 2006. Neither Defendant Walter Wagner nor any

7  other of the Remaining Defendants has any interest or ownership of

8  the <www.wbgi.com> website. The Court finds that this calculation

9  does not account for many hours of uncompensated labor contributed

10 by WBGI's Board members to deal with the behavior of the Remaining

11 Defendants.

12     19. The Court finds specifically that the website

13 <www.wbgi.com> is owned exclusively by WBGI under the direction of

14 the Board of Directors.

15     20. The Remaining Defendants and others fraudulently obtained

16 an order from the Eighth Judicial District Court of the State of

17 Nevada, Case Number A508735, without notice to the WBGI Board of

18 Directors and without authority of the WBGI Board of Directors

19 through which Defendant Walter Wagner and others claim to be the

20 authorized board of directors of WBGI.

21     21. The WBGI Board of Directors listed above has directed

22 WBGI's business affairs from September 25, 2004, through October

23 22, 2005, when the shareholders elected a successor Board of

24 Directors.

25     22. From Defendant Walter Wagner's removal through the

26 present, the WBGI Board of Directors has properly managed the

27 business and affairs of WBGI.

28     23. At every opportunity, Defendant Walter Wagner has

6

1  attempted to paralyze and destroy WBGI — he has frozen the WBGI

2  bank account; he has improperly and illegally recorded a lis

3  pendens against the property of WBGI and its Garden Director, Dr.

4  Lanny Neel; he has trespassed on WBGI property, where he sprayed

5  weed-killer on Garden plants; he has taken over and/or closed

6  WBGI's website, thereby destroying WBGI's internet marketing plan;

7  and he improperly sold interests in WBGI and pocketed the proceeds,

8  thereby depriving WBGI of badly needed capital and defrauding

9  investors.

10      24. The Remaining Defendants knew about all of these actions

11  and ratified and/or participated in them as members of the

12  unauthorized board of directors.

13      25. Transfer of any shares of WBGI stock requires approval of

14  the Board of Directors.

15      26. Defendant Walter Wagner has failed to obtain or even

16  request approval from the Board of Directors to transfer or sell

17  any of his shares of WBGI stock.

18      27. Rather, Defendants Walter Wagner, Dan Perkins, and Linda

19  Wagner have intentionally and illegally engaged in a fraudulent

20  scheme to sell shares of WBGI stock to unsuspecting purchasers.

21      28. Defendants Walter Wagner and Linda Wagner created their

22  own false share certificates that were not authorized share

23  certificates of WBGI.

24      29. Defendants Walter Wagner and Dan Perkins intended to

25  conceal these fraudulent share sales from the Board of Directors.

26      30. These share sales were made with the knowledge and/or

27  participation and/or consent of the Remaining Defendants.

28      31. Defendants Walter Wagner, Dan Perkins, and Linda Wagner

7

1   have also sold shares in an entity known as the World Botanical
2   Gardens Foundation, but which were represented to potential
3   purchasers as being shares of stock in WBGI.

4      32. The World Botanical Gardens Foundation is a dba for
5   Defendant Walter Wagner. There is no evidence that it is or acts as
6   a charitable entity. It is not a legal entity and there is no
7   evidence of separate bank accounts or business records or any type
8   of record that would justify its existence beyond a vehicle used by
9   Defendants Walter Wagner and Dan Perkins to perpetrate their
10  fraudulent share transfers.

11     33. There is no evidence of mismanagement of WBGI by its Board
12  of Directors. Rather, the actions of the Remaining Defendants have
13  caused WBGI significant harm and financial damage.

14     34. Defendants Walter Wagner and Dan Perkins have refused to
15  comply with this Court's Orders.

16     35. Defendant Walter Wagner and Defendant Dan Perkins lacked
17  credibility and were generally not believable in their testimony.

18     36. Defendants Walter Wagner and Defendant Dan Perkins were
19  unable to produce any evidence supporting their claims when
20  requested by WBGI or this Court.

21     37. The Remaining Defendants have not complied with any
22  Requests for Production which were served pre-trial in this case.

23     38. WBGI has placed a lis pendens on property owned by
24  Defendant Walter Wagner which arises from a dispute over claims of
25  embezzlement currently being litigated in Hawaii. Absent any
26  evidence presented to the Hawaii court to support this lis pendens,
27  WBGI is directed to remove such lis pendens from Defendant Walter
28  Wagner's property.

STORY & SERTIC
ATTORNEYS AT Law
777 Sinclair Street, Suite 201
Reno, Nevada 89501
(775) 327-6300

The findings of fact from the Order of Contempt are hereby incorporated in these findings of fact.

### CONCLUSIONS OF LAW

1. The WBGI Board of Directors, as defined in the findings of fact, and now the successor Board of Directors has full control under NRS 78.120 of the affairs of WBGI.

2. The removal of Defendant Walter Wagner from the WBGI Board of Directors was proper; and the subsequent elections by WBGI shareholders validated Defendant Walter Wagner's removal from the WBGI Board of Directors.

3. The second, unauthorized board of directors created by the Remaining Defendants was not a proper board of directors and had no authority to act in any capacity on behalf of WBGI.

4. Any entity known as the World Botanical Gardens Joint Venture Partnership does not exist and has no legal authority to conduct any business of any nature.

5. Any entity known as the World Botanical Gardens Foundation does not exist and does not engage in charitable activities, but is merely a dba for Defendant Walter Wagner.

6. The conclusions of law from the Order of Contempt are hereby incorporated in these conclusions of law.

### ORDER OF PERMANENT INJUNCTION

IT IS HEREBY ORDERED that Defendants Dan Perkins, Linda Wagner, Doug Hansen, and David Adams and their agents, servants, employees, affiliates, successors, assigns, and those persons or entities in active concert or participation with them who receive actual notice of this Order by personal service, facsimile, or otherwise are hereby permanently enjoined from the following

STORY & SERTIC
Attorneys at Law
777 Sinclair Street, Suite 201
Reno, Nevada 89501
(775) 337-0300

actions:

(1) Participating in and/or creating an alternate board of directors for WBGI; informing shareholders of WBGI or anyone else that the WBGI Board of Directors is not authorized to call annual elections or conduct the affairs of WBGI; publishing any further newsletters, correspondence, any internet site (including but not limited to the websites <www.wbgi.com>, <www.worldbotanicalgardensincorporated.com>, and <www.worldbotanicalgardensfoundation.org>), or publishing any other communication containing any information that disputes the authority of the WBGI Board of Directors to conduct the affairs of WBGI or disputes the authority of the WBGI Board of Directors to hold the annual elections. Defendants Dan Perkins, Linda Wagner, Doug Hansen, and David Adams are free, however, to participate in elections, as shareholders, to the extent of their ownership interest and to dispute the results of such election as provided by and in accordance with Nevada law;

(2) Interfering with WBGI's business affairs;

(3) Marketing or selling any real or personal property owned by WBGI;

(4) Filing any corporate documents with the Nevada Secretary of State concerning WBGI;

(5) Altering or attempting to alter the signature cards of WBGI at the Bank of Hawaii or otherwise interfering with the bank accounts or other financial affairs of WBGI;

(6) Using the order from the Eighth Judicial District Court of the State of Nevada to suggest that the WBGI Board of Directors is not the authorized Board of Directors or that Defendants Walter

10

1  Wagner, Linda Wagner, Dan Perkins, Dave Adams, Doug Hansen and/or

2  others are the authorized board of directors and/or officers of

3  WBGI for any purpose;

4       (7) Informing the WBGI domain name registrar or web-host that

5  WBGI does not own the <www.wbgi.com> website or from otherwise

6  interfering with the WBGI web page;

7       (8) Using the name World Botanical Gardens or WBGI's

8  trademarks, common law trademarks, or trade names, including any

9  mark or name likely to cause confusion among investors, customers,

10  or the public at large, or any representation that they are

11  officers, directors, agents for, or otherwise in control of WBGI in

12  any website, domain name, or email address owned, registered, or

13  controlled by them, including but not limited to the websites

14  <www.worldbotanicalgardensincorporated.com>                   and

15  <www.worldbotanicalgardensfoundation.org> and the email address

16  suffix of <wbgi.com>, or any similar website, domain name, or email

17  address; and

18       (9) Selling, transferring, alienating or marketing, directly

19  or indirectly, through any manner or means, any WBGI shares of

20  stock or any interest in WBGI or World Botanical Gardens, including

21  stock owned by them or their designees without express written WBGI

22  Board of Directors approval.

23       IT IS HEREBY FURTHER ORDERED that Defendants Dan Perkins,

24  Linda Wagner, Doug Hansen, and David Adams are enjoined from

25  instructing, aiding, or causing any other person, firm,

26  partnership, entity, or corporation to do anything this Order for

27  Permanent Injunction prohibits them from doing.

28       The Court shall be notified by counsel within 24 hours of any

STORY & SERTIC
ATTORNEYS AT LAW
777 Sinclair Street, Suite 201
Reno, Nevada 89501
(775) 327-6300

1   violation of this Permanent Injunction, however slight.

2   <u>**JUDGMENT**</u>

3       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants

4   Walter Wagner and Doug Hansen are jointly and severally liable to

5   WBGI in the amount of $12,737.06 together with post judgment

6   interest at the legal rate for damages they cause WBGI by freezing

7   the WBGI bank account and closing the WBGI website.

8

9

10                   Brent Adams

11   DATED: ~~September~~ October __2__, 2006      DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28