WALTER L. WAGNER
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
808-443-6344

FILED
U.S. DISTRICT COURT

2011 NOV 16  P 2: 15

DISTRICT OF UTAH

BY:_____
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | | |
|---|---|---|
| WALTER L. WAGNER, | ) | Case:   2:11cv00784 |
| | ) | |
| Plaintiff | ) | **ERRATUM RE** |
| | ) | **AFFIDAVIT OF WALTER L.** |
| vs. | ) | **WAGNER IN SUPPORT OF** |
| | ) | **MOTION FOR PRELIMINARY** |
| PRESTON MICHIE, KENNETH | ) | **INJUNCTIVE RELIEF** |
| FRANCIK, LESLIE COBOS, MARK | ) | |
| ROBINSON, ANNETTE EMERSON | ) | |
| STEVE BRYANT, WORLD BOTANICAL | ) | Hon. Brooke C. Wells |
| GARDENS, INC. (WBGI), | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## ERRATUM RE AFFIDAVIT OF WALTER L. WAGNER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Attached herewith is the *Exhibit "A"* referenced in my affidavit, and which was inadvertently not attached to the actually filed affidavit as it was indicated would be the case.

The attached is a true and correct copy of the filing made with the State of Nevada that I had obtained and referenced in my affidavit. The originally stated filing period was indicated by defendant Emerson to be September 2, 2004, but this was subsequently redacted by her (by scratching it out) prior to its filing to instead indicate backdated to April 2004. The scratch-out is legible nonetheless. The date submitted for filing is September 2, 2004.

DATED: November 15, 2011

*Walter L. Wagner* (signature)

Walter L. Wagner

# EXHIBIT "A"

## Nevada Corporation Record

# Amended

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND RESIDENT AGENT OF**

World Botanical Gardens, Inc.

FILE NUMBER: 934-2001

FOR THE FILING PERIOD OF: April 2004 to April 2005

The corporation's duly appointed resident agent in the State of Nevada upon whom process can be served is:

Annette Emerson
1380 Greg St #204
Sparks, NV 89431

☐ CHECK BOX IF YOU REQUIRE A FORM TO UPDATE YOUR RESIDENT AGENT INFORMATION

THE ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE**

☐ This corporation is a publicly traded corporation. The Central Index Key number is: _____
☐ This publicly traded corporation is not required to have a Central Index Key number.

| NAME | TITLE |
|---|---|
| Kenneth Francik | PRESIDENT (OR EQUIVALENT OF) |
| **ADDRESS** 687-C Lariate Ln | **CITY** Simi Valley **ST** CA **Zip** 93065 |
| Annette Emerson | SECRETARY (OR EQUIVALENT OF) |
| 1380 Greg St #204 | Sparks NV 89431 |
| Annette Emerson | TREASURER (OR EQUIVALENT OF) |
| 1380 Greg St #204 | Sparks NV 89431 |
| Larry Neel | DIRECTOR |
| P.O. Box 324 | Honomu HI 96728 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.780 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X Signature of Officer: Annette Emerson
Title: Secretary/Treasurer
Date: 9-2-04

Nevada Secretary of State Form ANNUAL LIST - PROFIT 2003
Revised on 09/24/03