WALTER L. WAGNER
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
808-443-6344

FILED
U.S. DISTRICT COURT

2011 NOV 21 A 11: 01

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| WALTER L. WAGNER, ) | Case: 2:11cv00784 CW |
| ) | |
| Plaintiff ) | **PROPOSED CORRECTIVE** |
| ) | |
| vs. ) | |
| ) | |
| PRESTON MICHIE, KENNETH ) | |
| FRANCIK, LESLIE COBOS, MARK ) | |
| ROBINSON, ANNETTE EMERSON ) | |
| STEVE BRYANT, WORLD BOTANICAL ) | Hon. Paul M. Warner |
| GARDENS, INC. (WBGI), ) | |
| ) | |
| Defendants ) | |
| ) | |

## **PROPOSED CORRECTIVE**

Plaintiff Walter L. Wagner proposes the following corrective to be placed on the WBGI website as a portion of the requested injunctive relief:

-- To be placed on the Shareholder Main Page, in the section entitled "OTHER DOCUMENTS OF INTEREST – Including Legal and Trial Documents", the following substitute wording: "OTHER DOCUMENT OF INTEREST – An Important CORRECTIVE" in lieu of the original title section wording;

-- To be placed on the "Other Documents of Interest" page, the removal of all 'legal' documents generated via the Hawaii and Nevada courts and the following wording substituted therefor:

"CORRECTIVE

The 'legal documents' previously posted here are removed by Court order. This Corrective is placed here to correct false impressions being generated by some or all of the documents. WBGI has no evidence of any criminal charges pending against the Founder, Walter L. Wagner, and has no evidence of any crimes by him. The false criminal allegation made against him and his wife by a former board member was shown to be untrue.

The false allegation that the Founder removed the monies sent in by shareholders for the Visitor Center Account is likewise untrue. The Visitor Center Account monies were removed by one or more board members and spent elsewhere during a period of time when the Founder had no access to those monies. The current board is currently investigating who removed that money and where it was spent.

The false allegation that the Founder altered, or otherwise deleted names from the database of shareholders, is likewise untrue. Some names were apparently deleted from the database after the Founder was no longer responsible for maintaining that database, and the current board has taken steps to insure a complete and correct database of shareholders.

The WBGI board apologizes for the false impressions conveyed to the shareholders.

DATED: December ____, 2011"


The above Corrective should remain in place for the same length of time as was the fraudulent "Indictment" in place on the WBGI website, and for no shorter a period of time than one year.

Plaintiff also requests that he be provided a current *User Name* and *Password* for access to the WBGI website to monitor compliance with this Court's order.

DATED:   November 21, 2011


*Walter L. Wagner*
Walter L. Wagner