WALTER L. WAGNER
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
808-443-6344

FILED
U.S. DISTRICT COURT

2011 NOV 21  A 11: 01

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| WALTER L. WAGNER, ) | Case:   2:11cv00784 CW |
|  ) |  |
| Plaintiff ) | **CERTIFICATE OF SERVICE** |
|  ) |  |
| vs. ) |  |
|  ) |  |
| PRESTON MICHIE, KENNETH ) |  |
| FRANCIK, LESLIE COBOS, MARK ) |  |
| ROBINSON, ANNETTE EMERSON ) |  |
| STEVE BRYANT, WORLD BOTANICAL ) | Hon. Paul M. Warner |
| GARDENS, INC. (WBGI), ) |  |
|  ) |  |
| Defendants ) |  |
|  ) |  |

## CERTIFICATE OF SERVICE

I certify that the following documents were served on Arnold Richer, 901 W. Baxter Drive, South Jordan, UT 84095 by placing same in the US Mail addressed to Mr. Richer, postage thereon fully prepaid, in several mailings contemporaneously with their filing:

- *Opposition to Motion to Dismiss* filed 11/14/2011
- *Affidavit of Walter L. Wagner in Support of Opposition to Motion to Dismiss* filed 11/14/2011
- *Memorandum of Law in Support of Opposition to Motion to Dismiss* filed 11/14/2011
- *Motion for Preliminary Injunctive Relief* filed 11/09/2011
- *Memorandum of Law in Support of Motion for Preliminary Injunctive Relief* filed 11/16/2011
- *Affidavit of Calvin N. Andrus in Support of Motion for Preliminary Injunctive Relief* filed 11/09/2011
- *Affidavit of Walter L. Wagner in Support of Motion for Preliminary Injunctive Relief* filed 11/09/2011
- *Erratum re Affidavit of Walter L. Wagner in Support of Motion for Preliminary Injunctive Relief* filed 11/16/2011
- *Affidavit of Dan Perkins in Support of Motion for Preliminary Injunctive Relief* filed 11/07/2011
- *Proposed Corrective* filed November 21, 2011

DATED:   November 21, 2011

*[signature: Walter L. Wagner]*

Walter L. Wagner