WALTER L. WAGNER
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
808-443-6344

FILED
U.S. DISTRICT COURT

2011 DEC -5  P 3: 22

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| WALTER L. WAGNER, ) | Case:   2:11cv00784 CW |
| ) | |
| Plaintiff ) | **CERTIFICATE   OF   SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| PRESTON MICHIE, KENNETH ) | |
| FRANCIK, LESLIE COBOS, MARK ) | |
| ROBINSON, ANNETTE EMERSON ) | |
| STEVE BRYANT, WORLD BOTANICAL ) | Hon. Paul Warner/Pre-Trial |
| GARDENS, INC. (WBGI), ) | |
| ) | |
| Defendants ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

I certify that the following documents were served on Arnold Richer, 901 W. Baxter Drive, South Jordan, UT 84095 by placing same in the US Mail addressed to Mr. Richer, postage thereon fully prepaid, on December 3, 2011.

- *Response to "Defendant World Botanical Gardens Inc.'s Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunctive Relief"*
- *Supplemental Affidavit of Calvin N. Andrus in Support of Motion for Preliminary Injunctive Relief*
- *Supplemental Affidavit of Walter L. Wagner in Support of Motion for Preliminary Injunctive Relief*

DATED:   December 5, 2011

*/s/ Walter L. Wagner*

Walter L. Wagner