Arnold Richer, #2751
Patrick F. Holden, #6247
**RICHER & OVERHOLT, P.C.**
Attorneys for Defendant World Botanical Gardens, Inc.
901 West Baxter Drive
South Jordan, Utah 84095
Telephone: (801) 561-4750
Email: aricher@richerandoverholt.com

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| WALTER L. WAGNER, an individual, | : | |
| Plaintiff, | : | Case No. 2:11-cv-00784-BCW |
| v. | : | CERTIFICATE OF SERVICE OF AFFIDAVIT OF PRESTON MICHIE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION. |
| PRESTON MICHIE, an individual, KENNETH FRANCIK, an individual, LESLIE COBOS, an individual, MARK ROBINSON, an individual, ANNETE EMERSON, an individual, STEVE BRYANT, an individual, and WORLD BOTANICAL GARDENS, INC., a Nevada corporation, | : : : : | Magistrate Paul Warner |
| Defendants. | : | |

I hereby certify that I caused a true and correct copy of the **AFFIDAVIT OF PRESTON MICHIE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** to be delivered to the following in the manner and on the date below indicated:

WBGI 03

| | |
|---|---|
| [ ] Mail | Walter L. Wagner |
| [ ] Fax | 532 N 700 E |
| [X] Email | Payson, Utah 84651 |
| [ ] Hand Delivery | retlawdad@hotmail.com |
| | (Pro Se Plaintiff) |

DATED this 2υ day of December, 2011.

*Patrick T. Holl* (signature)