Arnold Richer, #2751
Patrick F. Holden, #6247
**RICHER & OVERHOLT, P.C.**
Attorneys for Defendant World Botanical Gardens, Inc.
901 West Baxter Drive
South Jordan, Utah 84095
Telephone: (801) 561-4750
Email: aricher@richerandoverholt.com

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WALTER L. WAGNER, an individual, : | |
| Plaintiff, : | Case No. 2:11-cv-00784-BCW |
| v. : | |
| PRESTON MICHIE, an individual, KENNETH : | REQUEST TO SUBMIT FOR DECISION. |
| FRANCIK, an individual, LESLIE COBOS, an individual, MARK ROBINSON, an individual, : | |
| ANNETE EMERSON, an individual, STEVE BRYANT, an individual, and WORLD : | |
| BOTANICAL GARDENS, INC., a Nevada corporation, | Magistrate Paul M. Warner |
| : | |
| Defendants. : | |

Defendant World Botanical Gardens, Inc, a Nevada corporation ("Defendant WBGI"), by and through its attorneys of record Arnold Richer and Patrick F. Holden of RICHER & OVERHOLT, P.C., and pursuant to DUCivR 7-3, submits Defendants World Botanical Gardens, Inc.'s Request to Submit for Decision.

WBGI 03

Defendant WBGI served the Motion to Dismiss and supporting Memorandum on November 7, 2011. Plaintiff served a Opposition to Motion to Dismiss, Memorandum and Affidavit on November 10, 2011. Defendant WBGI served its Reply Memorandum on November 30, 2011. Defendant WBGI has not requested a hearing, Plaintiff has requested a hearing.

DATED this 12th day of December, 2011.

**RICHER & OVERHOLT, P.C.**

_____
Arnold Richer
Patrick F. Holden
Attorneys for Defendant World Botanical Gardens, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **DEFENDANT WORLD BOTANICAL GARDENS, INC.'S REPLY MEMORANDUM** to be delivered to the following in the manner and on the date below indicated:

[ ] Mail
[ ] Fax
[X] Email
[ ] Hand Delivery

Walter L. Wagner
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
(Pro Se Plaintiff)

DATED this 12nd day of December, 2011.

*[signature]*