WALTER L. WAGNER
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
808-443-6344

FILED
U.S. DISTRICT COURT

2012 MAR 27  P 4: 22

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| WALTER L. WAGNER, ) | Case:   2:11cv00784 |
| ) | |
| Plaintiff ) | **CERTIFICATE OF** |
| ) | **SERVICE** |
| vs. ) | |
| ) | |
| PRESTON MICHIE, KENNETH ) | |
| FRANCIK, LESLIE COBOS, MARK ) | |
| ROBINSON, ANNETTE EMERSON ) | |
| STEVE BRYANT, WORLD BOTANICAL ) | |
| GARDENS, INC. (WBGI), ) | Judge Clark Waddoups |
| ) | |
| Defendants ) | Magistrate Paul M. Warner |
| ) | |

## CERTIFICATE OF SERVICE

I certify that the documents entitled <u>Erratum Re "Objection to *Report and Recommendation*"</u> and <u>Sworn Affidavit of Walter L, Wagner in Rebuttal to *Report and Recommendation* and in Support of Motion to Amend Complaint</u> were served on Arnold Richer on March 26, 2012; and the documents entitled <u>Affidavit of Walter L. Wagner in Support of Renewal of Motion for Extension of Time, or Alternatively, for Service upon the Clerk of the Court</u> and <u>Renewal of Motion for Extension of Time or. Alternatively, for Service upon the Clerk of the Court</u> were served on Arnold Richer on March 27, 2012, by depositing them into the US Mail, postage thereon fully prepaid, addressed to Arnold Richer, 901 W. Baxter Drive, South Jordan, UT 84095.

DATED:   March 27, 2012

*/s/ Walter L. Wagner*
Walter L. Wagner