Arnold Richer, #2751
Patrick F. Holden, #6247
**RICHER & OVERHOLT, P.C.**
Attorneys for Defendant World Botanical Gardens, Inc.
901 West Baxter Drive
South Jordan, Utah 84095
Telephone: (801) 561-4750, Ext. 15
Email: aricher@richerandoverholt.com

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| WALTER L. WAGNER, an individual, | : | |
| Plaintiff, | : | Case No. 2:11-cv-784-CW-PMW |
| v. | : | DEFENDANT WORLD BOTANICAL GARDENS, INC.'S SECOND MOTION TO DISMISS. |
| PRESTON MICHIE, an individual, KENNETH FRANCIK, an individual, LESLIE COBOS, an individual, MARK ROBINSON, an individual, ANNETTE EMERSON, an individual, STEVE BRYANT, an individual, and WORLD BOTANICAL GARDENS, INC., a Nevada corporation, | : | |
| | : | |
| | : | District Judge Clark Waddoups |
| Defendants. | : | Magistrate Judge Paul M. Warner |

Defendant World Botanical Gardens, Inc, a Nevada corporation ("Defendant WBGI"), by and through its attorneys of record and pursuant to the *Federal Rules of Civil Procedure* (hereinafter "Rule" or "Rules") 12(b)(6) and DUCivR 7-1, submits Defendant World Botanical Gardens, Inc.'s Second Motion to Dismiss.

WBGI 03

Magistrate Paul M. Warner issued a *Report and Recommendation* on March 5, 2012 addressing Defendant WBGI's arguments that Plaintiff's claims are barred under the doctrine of issue preclusion.  The Court considered the preclusive effects of three state court decisions and found each element of issue preclusion satisfied, except the finality of the aforementioned three state court decisions.

Defendant WBGI moves to dismiss Plaintiff's Complaint based on proof of the finality of two of the three state court decisions referenced in the *Report and Recommendation*.  Defendant WBGI's Second Motion to Dismiss is accompanied by Defendant WBGI's Memorandum in Support of Defendant WBGI's Second Motion to Dismiss submitted concurrently herewith.

DATED this 4ᵗʰ day of April, 2012.

RICHER & OVERHOLT, P.C.

Arnold Richer
Patrick F. Holden
Attorneys for Defendant World Botanical Gardens, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **DEFENDANT WORLD BOTANICAL GARDENS, INC.'S SECOND MOTION TO DISMISS** to be delivered to the following in the manner and on the date below indicated:

[  ] Mail
[  ] Fax
[X] Email
[  ] Hand Delivery

Walter L. Wagner
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
(Pro Se Plaintiff)

DATED this 4th day of April, 2012.


_Patel F— Hill_

3                                              WBGI 03