WALTER L. WAGNER
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
808-443-6344

FILED
U.S. DISTRICT COURT

2012 APR -6  P 1: 03

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | | |
|---|---|---|
| WALTER L. WAGNER, | ) | Case:   2:11cv00784 |
| | ) | |
|     Plaintiff | ) | **NOTICE OF MAILINGS TO** |
| | ) | **DEFENDANTS PURSUANT TO** |
|     vs. | ) | **FRAP RULE 4(d)(1)** |
| | ) | **[WAIVING SERVICE]** |
| PRESTON MICHIE, KENNETH | ) | |
| FRANCIK, LESLIE COBOS, MARK | ) | |
| ROBINSON, ANNETTE EMERSON | ) | |
| STEVE BRYANT, WORLD BOTANICAL | ) | |
| GARDENS, INC. (WBGI), | ) | **District Judge Clark Waddoups** |
| | ) | |
|     Defendants | ) | **Magistrate  Judge  Paul  Warner** |
| | ) | |

## NOTICE OF MAILINGS TO DEFENDANTS PURSUANT TO
## FRAP RULE 4(d)(1)

Plaintiff herein Walter L. Wagner has obtained business addresses for all of the defendants herein where defendants are believed to receive mail, and sometimes be present at those locations on infrequent occasion to pick up mail. Accordingly, plaintiff has now sought their respective waivers of service pursuant to Federal Rules of Civil Procedure (FRAP) Rule 4(d)(1) by mailing the Summons and Complaint to their respective business addresses in accordance with the requirements of FRAP Rule 4(d)(1), and plaintiff currently awaits return of their respective waiver-of-service forms while he continues searching for physical locations of residences for the defendants.

DATED:     April 3, 2012


Walter L. Wagner