WALTER L. WAGNER
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
808-443-6344

FILED
U.S. DISTRICT COURT
2012 APR 24  P 1:54
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | | |
|---|---|---|
| WALTER L. WAGNER, | ) | Case:   2:11cv00784 |
| | ) | |
| Plaintiff | ) | **CERTIFICATE   OF   SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| PRESTON MICHIE, KENNETH | ) | |
| FRANCIK, LESLIE COBOS, MARK | ) | |
| ROBINSON, ANNETTE EMERSON | ) | |
| STEVE BRYANT, WORLD BOTANICAL | ) | |
| GARDENS, INC. (WBGI), | ) | **District Judge Clark Waddoups** |
| | ) | |
| Defendants | ) | **Magistrate Judge Paul Warner** |
| | ) | |

## CERTIFICATE OF SERVICE

I, Walter L. Wagner, certify that I served the *SWORN AFFIDAVIT OF CALVIN N. ANDRUS IN OPPOSITION TO REQUEST FOR STAY, ETC.*; the *SWORN AFFIDAVIT OF WALTER L. WAGNER IN OPPOSITION TO REQUEST FOR STAY, ETC.*; and the *MEMORANDUM OF LAW IN OPPOSITION TO REQUEST FOR STAY, ETC.* contemporaneously with the filings thereof on defendants' counsel Arnold Richer at 901 West Baxter Drive, South Jordan, Utah 84095 by mailing same, postage thereon fully prepaid, contemporaneously with their filings.

DATED: April 24, 2012

_____
Walter L. Wagner