Arnold Richer, #2751
Patrick F. Holden, #6247
**RICHER & OVERHOLT, P.C.**
Attorneys for Defendants Michie, Francik,
Cobos, Robinson, Emerson, Bryant and WBGI.
901 West Baxter Drive
South Jordan, Utah 84095
Telephone: (801) 561-4750
Email: aricher@richerandoverholt.com

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WALTER L. WAGNER, an individual, | : |
| Plaintiff, | : Case No. 2:11-cv-00784-CW-PMW |
| v. | : DEFENDANTS PRESTON MICHIE'S, KENNETH FRANCIK'S, LESLIE COBOS', MARK ROBINSON'S, ANNETTE EMERSON'S, AND STEVE BRYANT'S MOTION TO DISMISS. |
| PRESTON MICHIE, an individual, KENNETH FRANCIK, an individual, LESLIE COBOS, an individual, MARK ROBINSON, an individual, ANNETE EMERSON, an individual, STEVE BRYANT, an individual, and WORLD BOTANICAL GARDENS, INC., a Nevada corporation, | : |
| | : District Judge Clark Waddoups |
| | : Magistrate Paul M. Warner |
| Defendants. | : |

Defendants Preston Michie, Kenneth Francik, Leslie Cobos, Mark Robinson, Annette Emerson, and Steve Bryant ("the Individual Defendants"), by and through its attorneys of record Arnold Richer and Patrick F. Holden of RICHER & OVERHOLT, P.C., and pursuant to the

WBGI 03

*Federal Rules of Civil Procedure* (hereinafter "Rule" or "Rules")12(b)(6) and DUCivR 7-1, submit the Individual Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6).

The Individual Defendants move to dismiss Plaintiff's First Amended Complaint for Damages and Injunctive Relief (the "Complaint") on the basis that Plaintiff Walter L. Wagner's ("Plaintiff") claims are barred under the doctrine of issue preclusion. Plaintiff's state-law defamation claims are barred by two prior state court decisions resolving the factual predicates of all of Plaintiff's defamation claims. The same issues which Plaintiff raises in this case have been fully and finally adjudicated by the three prior state court cases.

The Individual Defendants' Motion to Dismiss is accompanied by a Memorandum in Support of Motion to Dismiss submitted concurrently herewith.

DATED this 16th day of May, 2012.

        **RICHER & OVERHOLT, P.C.**

        _____
        Arnold Richer
        Patrick F. Holden
        Attorneys for Defendants Preston Michie, Kenneth Francik,
        Leslie Cobos, Mark Robinson, Annette Emerson, and
        Steve Bryant

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **DEFENDANTS PRESTON MICHIE'S, KENNETH FRANCIK'S, LESLIE COBOS', MARK ROBINSON'S, ANNETTE EMERSON'S AND STEVE BRYANT'S MOTION TO DISMISS** to be delivered to the following in the manner and on the date below indicated:

[X] Mail  
[ ] Fax  
[X] Email  
[ ] Hand Delivery  

Walter L. Wagner  
532 N 700 E  
Payson, Utah 84651  
retlawdad@hotmail.com  
(Pro Se Plaintiff)

DATED this 11th day of May, 2012..

_____  
Patrick F. Holden  
Attorney for Defendants