Arnold Richer, #2751
Patrick F. Holden, #6247
**RICHER & OVERHOLT, P.C.**
Attorneys for Defendants
901 West Baxter Drive
South Jordan, Utah 84095
Telephone: (801) 561-4750
Email: aricher@richerandoverholt.com

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WALTER L. WAGNER, an individual, | : |
| Plaintiff, | : Case No. 2:11-cv-00784-CW-PMW |
| v. | : |
| PRESTON MICHIE, an individual, KENNETH FRANCIK, an individual, LESLIE COBOS, an individual, MARK ROBINSON, an individual, ANNETE EMERSON, an individual, STEVE BRYANT, an individual, and WORLD BOTANICAL GARDENS, INC., a Nevada corporation, | : REQUEST TO SUBMIT FOR DECISION.<br>: (Individual Defendants' Motion to Dismiss)<br>:<br>:<br>: District Judge Clark Waddoups |
| Defendants. | : Magistrate Paul M. Warner |

Defendants Preston Michie, Kenneth Francik, Leslie Cobos, Mark Robinson, Annette Emerson, and Steve Bryant ("the Individual Defendants"), by and through their attorneys of record, and pursuant to the *Federal Rule of Civil Procedure* 7(d), hereby requests that the Court

decide the Individual Defendants' Motion for Summary Judgment against Plaintiff Walter L. Wagner.

On May 16, 2012, the Individual Defendants filed their Motion to Dismiss [Docket # 52] and Memorandum in Support of Motion to Dismiss [Docket # 53]. Plaintiff filed a Memorandum in Opposition on May 29, 2012 [Docket # 55]. The Individual Defendants filed their Reply Memorandum on June 15, 2012. No hearing has been requested and the matter is now ready for final disposition. The Individual Defendants hereby request that the Court rule on their Motion to Dismiss.

DATED this 3rd day of July, 2012.

**RICHER & OVERHOLT, P.C.**

_____
Arnold Richer
Patrick F. Holden
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **REQUEST TO SUBMIT FOR DECISION (Individual Defendants' Motion to Dismiss)** to be delivered to the following in the manner and on the date below indicated:

[X] Mail  
[ ] Fax  
[ ] Email  
[ ] Hand Delivery  

Walter L. Wagner  
532 N 700 E  
Payson, Utah 84651  
retlawdad@hotmail.com  
(Pro Se Plaintiff)

DATED this 3rd day of July, 2012.

_____  
Patrick F. Holden