WALTER L. WAGNER
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
808-443-6344

FILED
U.S. DISTRICT COURT

2012 JUL -9 A 9: 54

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| WALTER L. WAGNER, ) | Case: 2:11cv00784 |
| ) | |
| Plaintiff ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| PRESTON MICHIE, KENNETH ) | |
| FRANCIK, LESLIE COBOS, MARK ) | |
| ROBINSON, ANNETTE EMERSON ) | |
| STEVE BRYANT, WORLD BOTANICAL ) | |
| GARDENS, INC. (WBGI), ) | **District Judge Clark Waddoups** |
| ) | |
| Defendants ) | **Magistrate Judge Paul Warner** |
| ) | |

## CERTIFICATE OF SERVICE

I, Walter L. Wagner, certify that I served the *MEMORANDUM OF LAW IN SUPPORT OF APPOINTMENT OF CAL ANDRUS AS RECEIVER*, the *MOTION FOR APPOINTMENT OF CAL ANDRUS AS RECEIVER AND TO BAR WBGI PAYMENTS*, the *SWORN AFFIDAVIT OF CALVIN N. ANDRUS IN SUPPORT OF APPOINTMENT AS RECEIVER*, and the *SWORN AFFIDAVIT OF WALTER L. WAGNER IN SUPPORT OF ANDRUS' APPOINTMENT AS RECEIVER* contemporaneously with their filing on the defendants' counsel, and I further certify that I served the *SUPPLEMENTAL SWORN AFFIDAVIT OF WALTER L. WAGNER IN SUPPORT OF ANDRUS' APPOINTMENT AS RECEIVER* and the *SWORN AFFIDAVIT OF DAN PERKINS IN SUPPORT OF ANDRUS' APPOINTMENT AS RECEIVER* on July 3, 2012 on defendants' counsel.  I further certify that I served the *OPPOSITION TO "REQUEST TO SUBMIT FOR DECISION"* on July 9, 2012 on defendants' counsel.

I further certify that said services were accomplished by placing said documents in the US Mail, postage thereon fully prepaid, addressed to Arnold Richer, 901 West Baxter Drive, South Jordan, Utah 84095 at the times indicated above.

DATED: July 6, 2012

*/s/ Walter L. Wagner*
Walter L. Wagner