WALTER L. WAGNER
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
808-443-6344

FILED
U.S. DISTRICT COURT

2012 JUL 12  A 11: 23

DISTRICT OF UTAH

BY: _____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| WALTER L. WAGNER, ) | Case:   2:11cv00784 |
| ) | |
| Plaintiff ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| PRESTON MICHIE, KENNETH ) | |
| FRANCIK, LESLIE COBOS, MARK ) | |
| ROBINSON, ANNETTE EMERSON ) | |
| STEVE BRYANT, WORLD BOTANICAL ) | |
| GARDENS, INC. (WBGI), ) | **District Judge Clark Waddoups** |
| ) | |
| Defendants ) | **Magistrate Judge Paul Warner** |
| ) | |

## CERTIFICATE OF SERVICE

I, Walter L. Wagner, certify that I served the *REPLY TO "DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR APPOINTMENT OF CAL ANDRUS AS RECEIVER AND TO BAR WBGI PAYMENTS"* on July 12, 2012 on defendants' counsel.

I further certify that said services were accomplished by placing said document in the US Mail, postage thereon fully prepaid, addressed to Arnold Richer, 901 West Baxter Drive, South Jordan, Utah 84095 at the time indicated above.

DATED: July 12, 2012

_____
Walter L. Wagner