WALTER L. WAGNER
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
808-443-6344

FILED
U.S. DISTRICT COURT
2012 JUL 23  A 11: 21
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | | |
|---|---|---|
| WALTER L. WAGNER, | ) | Case:   2:11cv00784 |
| Plaintiff | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| PRESTON MICHIE, KENNETH FRANCIK, LESLIE COBOS, MARK ROBINSON, ANNETTE EMERSON STEVE BRYANT, WORLD BOTANICAL GARDENS, INC. (WBGI), | ) | **District Judge Clark Waddoups** |
| Defendants | ) | **Magistrate Judge Paul Warner** |

## CERTIFICATE OF SERVICE

I, Walter L. Wagner, certify that I served on defendants' counsel the *"Request to Submit"* that was filed on July 12, 2012.

I further certify that said services were accomplished by placing said document in the US Mail, postage thereon fully prepaid, addressed to Arnold Richer, 901 West Baxter Drive, South Jordan, Utah 84095 on July 21, 2012.

DATED: July 21, 2012

*/s/ Walter L. Wagner*
Walter L. Wagner