WALTER L. WAGNER
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
808-443-6344

FILED
U.S. DISTRICT COURT

2012 DEC 26 ⊃ 12: 29

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | | |
|---|---|---|
| WALTER L. WAGNER, | ) | Case: 2:11-cv-784-RJS-PMW |
| | ) | |
| Plaintiff | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| PRESTON MICHIE, KENNETH | ) | |
| FRANCIK, LESLIE COBOS, MARK | ) | |
| ROBINSON, ANNETTE EMERSON | ) | |
| STEVE BRYANT, WORLD BOTANICAL | ) | |
| GARDENS, INC. (WBGI), | ) | **District Judge Robert J. Shelby** |
| | ) | |
| Defendants | ) | **Magistrate Judge Paul Warner** |
| | ) | |

## CERTIFICATE OF SERVICE

I, Walter L. Wagner, certify that I served the *REBUTTAL TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MEMORANDUM* on defendants by placing same into the US Mail on December 15, 2012 addressed to Richer and Overholt, 901 W. Baxter Dr., South Jordan, UT 84095.

DATED:   December 20, 2012


_____
Walter L. Wagner