WALTER L. WAGNER
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
808-443-6344



# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| WALTER L. WAGNER, ) | Case:   2:11-cv-784-RJS-PMW |
| ) | |
| Plaintiff ) | **NOTICE OF PENDING STAY** |
| ) | **IN HAWAII CASE** |
| vs. ) | |
| ) | |
| PRESTON MICHIE, KENNETH ) | |
| FRANCIK, LESLIE COBOS, MARK ) | |
| ROBINSON, ANNETTE EMERSON ) | |
| STEVE BRYANT, WORLD BOTANICAL ) | |
| GARDENS, INC. (WBGI), ) | **District Judge Robert J. Shelby** |
| ) | |
| Defendants ) | **Magistrate Judge Paul Warner** |
| ) | |

## NOTICE OF PENDING STAY IN HAWAII CASE

Attached herewith is a true and correct copy of a request for a stay of the Hawaii state action filed for hearing at an April 5, 2013 Rule 16 (pre-trial) conference.

It is anticipated that the Hawaii action will be stayed pending the results of the instant federal action. The defendants in the instant action have requested a stay of these proceedings pending the outcome of the Hawaii state action.

DATED: MARCH 27, 2013

*Walter L. Wagner*

Walter L. Wagner