AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
U.S. DISTRICT COURT
2013 APR 23 ᴾ 2:55
DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

| | |
|---|---|
| WALTER L. WAGNER, | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| PRESTON MICHIE, KENNETH FRANCIK, LESLIE COBOS, MARK ROBINSON, ANNETTE EMERSON, STEVE BRYANT, and WORLD BOTANICAL GARDENS, WBGI, | |
| | Case Number: 2:11-cv-00784-RJS- |

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the defendants and plaintiff's cause of action is dismissed.

| | |
|---|---|
| April 23, 2013 | D. Mark Jones |
| *Date* | *Clerk of Court* |
| | |
| | *(By)* Deputy Clerk |