WALTER L. WAGNER
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
808-443-6344

FILED
U.S. DISTRICT COURT

2013 MAY 20  D  1: 01

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| WALTER L. WAGNER, | ) | Case:  2:11cv00784 |
|---|---|---|
| Plaintiff | ) | **NOTICE OF APPEAL** |
| vs. | ) | |
| PRESTON MICHIE, KENNETH FRANCIK, LESLIE COBOS, MARK ROBINSON, ANNETTE EMERSON STEVE BRYANT, WORLD BOTANICAL GARDENS, INC. (WBGI), | ) | **District Judge Robert Shelby** |
| Defendants | ) | **Magistrate Judge Paul Warner** |

## NOTICE OF APPEAL

Plaintiff Walter L. Wagner hereby appeals the *Memorandum Decision and Order* dated April 22, 2013 in its entirety.

DATED: May 18, 2013

*Walter L. Wagner*
Walter L. Wagner