# United States District Court
# District of Utah



**D. Mark Jones**
Clerk of Court

**Louise S. York**
Chief Deputy Clerk

May 21, 2013

Walter L. Wagner
532 N 700 E
PAYSON, UT 84651

cc Counsel of Record

RE:  NOTICE OF APPEAL
Wagner v. Michie et al
Plaintiff/Appellant  Defendant/Appellee
Lower Docket: 2:11-cv-00784-RJS

ATTACHMENTS:

    Attached are the following documents in connection with the Notice of Appeal filed in the above captioned case.

        Copy of the Notice of Appeal (filed 05/20/2013)
        Copy of the Docket Sheet  - **docket must be submitted one sided to the USCA 10th Circuit per rules**)
        Order or Judgment being appealed from

    The following documents will be mailed to Appellant by U.S. Mail:
        Letter from Clerk, Tenth Circuit, U.S. Court of Appeals
        Entry of Appearance - Pro Se

    The record on appeal will be transmitted to the Court of Appeals at a later date in accordance with the Rules of Court for the U.S. Court of Appeals for the 10th Circuit.

Sincerely,

D. Mark Jones, Clerk


By: /s/
Aaron Paskins


DMJ:jmr

Attachments

cc:
Clerk, U.S. Court of Appeals, Tenth Circuit
Judge: Robert J. Shelby
Court Reporter: N/A
Counsel of Record
District: 1088
Division: Central
Jurisdiction: Diversity