WALTER L. WAGNER
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
808-443-6344

FILED
U.S. DISTRICT COURT
2013 MAY 20  1: 01
DISTRICT OF UTAH
BY:_____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WALTER L. WAGNER, ) | Case:   2:11cv00784 |
| ) | |
| Plaintiff ) | **NOTICE OF WBGI'S** |
| ) | **BANKRUPTCY PETITION** |
| vs. ) | |
| ) | |
| PRESTON MICHIE, KENNETH ) | |
| FRANCIK, LESLIE COBOS, MARK ) | |
| ROBINSON, ANNETTE EMERSON ) | |
| STEVE BRYANT, WORLD BOTANICAL ) | |
| GARDENS, INC. (WBGI), ) | **District Judge Robert Shelby** |
| ) | |
| Defendants ) | **Magistrate Judge Paul Warner** |
| ) | |

## NOTICE OF WBGI'S BANKRUPTCY PETITION

Please take notice that WBGI filed a bankruptcy petition in the US Bankruptcy Court, District of Nevada, on April 30, 2013, Case No. 13-50833 invoking automatic stay provisions.

DATED:   May 18, 2013

*[signature]*

Walter L. Wagner